# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN LASAGE

NO. 2020 KW 1068

**DECEMBER 7, 2020**

---

In Re:   Brian LaSage, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 484,087.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH
MRT
EW**

COURT OF APPEAL, FIRST CIRCUIT

_Renee L Reed_

DEPUTY CLERK OF COURT
FOR THE COURT